PROB 12C  
(6/16)

Report Date: January 26, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chadwin King        Case Number: 0980 2:17CR00018-RMP-1

Address of Offender:

Name of Original Sentencing Judicial Officer: The Honorable B. Lynn Winmill, United States District Judge  
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: August 27, 2014

| | |
|---|---|
| Original Offense: | Manufacturing Counterfeit Obligations or Securities, 18 U.S.C. § 471 |

| | | |
|---|---|---|
| Original Sentence: | Prison: 231 days;<br>TSR: 36 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(Date 01/12/2016) | Prison: 7 months;<br>TSR: 29 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: May 10, 2016 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: October 9, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. King violated the terms of his supervised release by failing to report to the U.S. Probation Office on January 23, and January 25, 2017. Mr. King was notified by voicemail and by text message to report to the U.S. Probation Office and he failed to comply with the undersigned officer's directive. |

    2      **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

         **Supporting Evidence**: Mr. King violated the terms of his supervised release by failing to notify the undersigned officer that he moved out of his current residence. The undersigned officer received a phone call from Mr. King's girlfriend on January 23, 2017, stating that he had left their residence on January 14, 2017, and has yet to return. Mr. King's girlfriend also reported that he was directed to leave by her due to him become allegedly abusive toward her.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/26/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

1/26/2017

Date