PROB 12C
(6/16)

Report Date: February 2, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chadwin King                     Case Number: 0980 2:17CR00018-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 27, 2014            Date of Revocation Sentence: January 12, 2016

Original Offense:        Manufacturing Counterfeit Obligations or Securities, 18 U.S.C. § 471

Original Sentence:       Prison - 231 days;              Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 7 months;
(01/12/2016)             TSR - 29 months

Asst. U.S. Attorney:     U.S. Attorney's Office         Date Supervision Commenced: May 10, 2016

Defense Attorney:        Federal Defender's Office      Date Supervision Expires: October 9, 2018

### PETITIONING THE COURT

To <u>issue a warrant</u> and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/26/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
|   | **Supporting Evidence**: On February 1, 2017, Mr. King violated the terms of his supervised release by not informing the undersigned officer of his change in employment. The undersigned officer spoke with Mr. King's supervisor at his employment, Northland Exteriors, on February 1, 2017, and it was discovered that Mr. King had not been to work since January 26, 2017. The supervisor informed the undersigned officer that Mr. King quit his job on January 26, 2017. Mr. King has failed to notify the undersigned officer of this change. |
| 4 | **Special Condition # 14**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: King, Chadwin**
**February 2, 2017**
**Page 2**

**Supporting Evidence**: On January 30, 2016, Mr. King violated the terms of his supervised release by failing to submit to a required random urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/02/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/1/2017

Date