PROB 12C  
(6/16)

Report Date: August 11, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chadwin King          Case Number: 0980 2:17CR00018-RMP-1

Address of Offender:          Spokane, Washington, 99223

Name of Original Sentencing Judicial Officer: The Honorable B. Lynn Winmill, United States District Judge  
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 27, 2014

| | | |
|---|---|---|
| Original Offense: | Manufacturing Counterfeit Obligations or Securities, 18 U.S.C. § 471 | |
| Original Sentence: | Prison: 231 days; TSR: 36 days | Type of Supervision: Supervised Release |
| Revocation Sentence: (Date 01/12/2016) | Prison: 7 months; TSR: 29 months | |
| Revocation Sentence: (03/01/2017) | Prison: 27 days TSR: 27 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: March 8, 2017 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: June 7, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On April 7, 2017, Mr. King reported to the United States Probation Office for his intake. At that time, Mr. King was read and given a copy of his judgement and sentence. He understood that he was expected to follow all of his conditions. |
| | On May 8, 2017, the undersigned officer received a call from a Spokane police officer stating that Mr. King was allegedly a suspect in a domestic violence incident. The officer reported that the information will be sent to their domestic violence unit and charges may be filed. |

Prob12C
**Re: King, Chadwin**
**August 11, 2017**
**Page 2**

On July 6, 2017, a charge of malicious mischief property was filed (P17004767). This charge was a domestic violence related charge. Mr. King failed to appear for his arraignment on July 19, 2017, due to the summons being sent to an address where Mr. King no longer resided. A warrant was issued for Mr. King on July 22, 2017. Since that time, he has requested a warrant recall and his next scheduled court date is set for August 16, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/11/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   Other  Please submit a request for modification of conditions to include anger management classes.

Signature of Judicial Officer

8/14/2017

Date