Report Date: December 18, 2017

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chadwin King                     Case Number: 0980 2:17CR00018-RMP-1

Address of Offender: Unknown

Name of Original Sentencing Judicial Officer: The Honorable B. Lynn Winmill, United States District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 27, 2014

| | |
|---|---|
| Original Offense: | Manufactuing Counterfeit Obligations or Securities , 18 U.S.C. § 471 |
| Original Sentence: | Prison - 231 days / TSR - 36 months    Type of Supervision: Supervised Release |
| Revocation Sentence: Date 01/12/2016 | Prison - 7 months / TSR - 29 months |
| Revocation Sentence: Date 03/01/2017 | Prison - 27 days / TSR - 27 months |
| Asst. U.S. Attorney: | Allyson Edwards    Date Supervision Commenced: March 8, 2017 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: June 7, 2019 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

1          **Special Condition #9:** You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 7, 2017, Mr. King was read and given a copy of his judgment. He signed the judgment stating he understood his conditions.

Mr. King reported to the undersigned officer on November 14, 2017. Mr. King was questioned on if he was using illegal drugs. He reported that he had not. Mr. King was informed that he would be submitting a urine sample. At that time, Mr. King self disclosed that he used marijuana on November 13, 2017, and signed a drug use admission form. Mr. King is in direct violation of his conditions by using illegal drugs.

2     **Special Condition #9:** You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 7, 2017, Mr. King was read and given a copy of his judgment. He signed the judgment stating he understood his conditions.

Due to Mr. King's illegal drug use admission on November 14, 2017, he was directed to start calling the urine testing hotline daily. He was informed that he was to listen for the color BROWN and if the color BROWN was called he was to report to the Deer Park Alcohol Drug Education Prevention Treatment (ADEPT) office between the hours of 7 a.m. and 7 p.m.

On November 28, 2017, the color BROWN was called and Mr. King reported as directed. He supplied a presumptive positive methamphetamine urine sample. Mr. King sent a text to the undersigned officer stating the test was wrong and he did not use methamphetamine. The results were sent to Alere Laboratories for confirmation. On December 8, 2017, the lab results came back as confirmed positive for methamphetamine. Mr. King is in direct violation of his conditions by using illegal drugs.

3     **Special Condition #9:** You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 7, 2017, Mr. King was read and given a copy of his judgment. He signed the judgment stating he understood his conditions.

Due to Mr. King's illegal drug use admission on November 14, 2017, he was directed to start calling the urine testing hotline daily. He was informed that he was to listen for the color BROWN and if the color BROWN was called he was to report to the ADEPT office between the hours of 7 a.m. and 7 p.m.

On December 7, 2017, the color BROWN was called. Mr. King failed to report on that day to submit a random urine sample. Mr. King also failed to report on December 13, 2017, when the color BROWN was called. He is in direct violation of his conditions by not submitting to uranalysis testing as directed.

4     **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan ot change where you live or anything about your living arraignments (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of the change or expected change.

**Supporting Evidence**: On April 7, 2017, Mr. King was read and given a copy of his judgment. He signed the judgment stating he understood his conditions.

Prob12C
**Re: King, Chadwin**
**December 18, 2017**
**Page 3**

On December 15, 2017, the undersigned officer completed a home visit. Mr. King's girlfriend answered the door and informed the officer that Mr. King was living in Spokane at another residence, and she had not seen him since December 9, 2017. She reports she cannot get hold of him and was unsure where he was. Mr. King is in direct violation of his conditions by not reporting to this officer that he is currently residing at an unknown address in Spokane. His whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/18/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/18/2017
Date