# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chadwin King     Case Number: 0980 2:17CR00018-RMP-1

Address of Offender: Unknown

Name of Original Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 27, 2014

| | | |
|---|---|---|
| Original Offense: | Manufacturing Counterfeit Obligations or Securities, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 231 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(01/12/2016) | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>(03/01/2017) | Prison - 27 days<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: March 8, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 7, 2019 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 18, 2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On April 7, 2017, Mr. King was given a copy of his judgment and his conditions were explained to him. He signed the judgment stating he understood his conditions.<br><br>On December 15, 2017, the undersigned officer traveled to Mr. King's alleged residence to inform him he needed to report to the U.S. Probation Office on December 18, 2017. The undersigned officer left a card with the date and time Mr. King was to report with his girlfriend. On December 16, 2017, Mr. King's girlfriend texted the undersigned officer stating she was able to relay the message of the meeting time to Mr. King.<br><br>On December 18, 2017, Mr. King was in direct violation by failing to report as instructed by this officer. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/19/2017

Date