PROB 12C
(6/16)

Report Date: May 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Chadwin King                           Case Number: 0980 2:17CR00018-RMP-1

Address of Offender:                    Spokane, Washington 99205

Name of Original Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 27, 2014

Original Offense:        Manufacturing Counterfeit Obligations or Securities , 18 U.S.C. § 471

| | | |
|---|---|---|
| Original Sentence: | Prison - 231 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(01/12/2016) | Prison - 7 months<br>TSR - 29 months | |
| Revocation Sentence:<br>(03/01/2017) | Prison - 27 days<br>TSR - 27 months | |
| Revocation Sentence:<br>(02/06/2018) | Prison- 5 months<br>TSR-28 months | |
| Asst. U.S. Attorney: | Allyson Edwards | Date Supervision Commenced: April 19, 2018 |
| Defense Attorney: | Miles Pope | Date Supervision Expires: March 18, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

**Supporting Evidence**: On April 20, 2018, Mr. King reported to the United States Probation Office. He was given a copy of his judgement and his conditions of supervision were explained to him. He signed his judgement reflecting that he understood his conditions.

On May 26, 2018, Mr. King was in direct violation of mandatory condition number 1 by being charged with unlawful imprisonment, resisting arrest, and fourth degree assault domestic violence (2018-20098831).

On May 27, 2018, the undersigned officer received a call from pretrial services in Spokane County. They reported Mr. King had been arrested on the above-referenced charges. He is currently being held on a $25,000 bond. His next court date is scheduled for May 29, 2018, at 1:30 p.m.

Prob12C
**Re: King, Chadwin**
**May 29, 2018**
Page 2

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/29/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

5/29/2018

Date